ROBERT M. DOHRMANN, ESQ. (SB #33365)
Schwartz, Steinsapir, Dohrmann & Sommers LLP
6300 Wilshire Boulevard, Suite 2000
Los Angeles, California 90048-5268
Phone (323) 655-4700; Fax (323) 655-4488
e-mail: rmd@ssdslaw.com
Attorneys for Plaintiffs, Virginia Mulloy, et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA MULLOY, AL CHAVEZ and THOMAS RABONE, as Trustees of the CUSHENBURY MINE TRUST<br>Plaintiff(s),<br>v.<br>MITSUBISHI CEMENT CORPORATION, a Nevada corporation<br>Defendant(s). | CASE NUMBER<br>CV 09-4432 AG (AJWx)<br><br>NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety **WITHOUT PREJUDICE.**

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

September 8, 2009                              _/s/ Robert M. Dohrmann_                    Robert M. Dohrmann
Date                                                        Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA             } ss.
CITY AND COUNTY OF LOS ANGELES  }

I am employed in the City and County of Los Angeles, State of California. I am over the age of eighteen years and am not a party to the within action. My business address is 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5268, **facsimile number (323) 655-4488, e-mail mlkelley@ssdslaw.com.**

On September 8, 2009, I caused the foregoing document(s) described as **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a) or (c) F.R.Civ.P.** to be served upon the person(s) shown below, by placing a true and correct copy (copies) thereof in an envelope (envelopes) addressed as follows:

Steven A. Marenberg, Esq.
Laura A. Seigle, Esq.
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

__X__   BY MAIL: by placing it (them) for collection and mailing on that same date following the ordinary business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP, at its place of business, located at 6300 Wilshire Boulevard, Suite 2000, Los Angeles, California 90048-5202. I am readily familiar with the business practices of Schwartz, Steinsapir, Dohrmann & Sommers LLP for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practices the envelope(s) would be deposited with the United States Postal Service that same day, with postage thereon fully prepaid, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing in the affidavit.

__X__   BY E-MAIL: I sent a copy of the above-described document(s) via e-mail to the following individual(s):

Steven A. Marenberg, Esq.          Laura A. Seigle, Esq.
e-mail: smarenberg@irell.com       e-mail: lseigel@irell.com

s
I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 8, 2009, at Los Angeles, California.

MARY LOUISE KELLEY